# EXHIBIT LIST

## TABLE OF CONTENTS

| Exhibit Letter | Description | Bates Nos. |
|---|---|---|
| A | USCIS' I-730 Approval Notice | 1 |
| B | Addis Ababa Consular Section's Notice of Case Review | 2-3 |
| C | Mrs. Tesfai's Request for Assistance to Senator Wyden | 4 |
| D | Mrs. Tesfai's Request for Assistance to Senator Merkley | 5 |
| E | Mrs. Tesfai's Email Correspondence to Director King of Congressman Blumenauer's Office | 6-8 |

**Mailing/Express Mailing Address:**

I-730 Processing Unit
PO Box 2000
Tustin, CA 92781-2000

**Street Address:**

I-730 Processing Unit
14101 Myford Rd
Tustin, CA 92780-7020

U.S. Department of Homeland Security
*Los Angeles Asylum Office*



## U.S. Citizenship and Immigration Services

E-mail: LosAngeles.I-730@uscis.dhs.gov

DEC 12 2019

Nebiat Berhane TESFAI
15916 NE Sandy Blvd Apt 65
Portland OR 97230

# Notice of Approval
## Form I-730, *Refugee/Asylee Relative Petition*

| | |
|---|---|
| Beneficiary Name: | Gebrehiwet Habte GEBRETNSIA |
| Beneficiary Date of Birth: | Jun 20, 1979 |
| Beneficiary A-Number: | A213-039-929 |
| Receipt Number: LIN1715351038 | Receipt Date: Apr 17, 2017 |

U.S. Citizenship and Immigration Services (USCIS) has approved your Form I-730 *Refugee/Asylee Relative Petition* for the above-referenced beneficiary in accordance with Section 207 of the Immigration and Nationality Act. We have forwarded your petition to the Department of State National Visa Center. The National Visa Center will notify the U.S. Embassy or Consulate abroad having jurisdiction over the area where the beneficiary resides. The consular post will contact the beneficiary regarding procedures to be followed for travel to the United States.

THIS NOTICE IS NOT A VISA NOR MAY IT BE USED IN PLACE OF A VISA.

NOTE: Although this application/petition has been approved, USCIS and the U.S. Department of Homeland Security reserve the right to verify the information submitted in this application, petition and/or supporting documentation to ensure conformity with applicable laws/rules, regulations, and other authorities. Methods used for verifying information may include, but are not limited to, in-person interviews, the review of public information and records, contact by correspondence, the internet, or telephone, and site inspections of businesses and residences. Information obtained during the course of verification will be used to determine whether revocation, rescission, and/or removal proceedings are appropriate. Applicants, petitioners, and representatives of record will be provided an opportunity to address derogatory information before any formal proceeding is initiated.

This completes USCIS action on this matter. We will notify you separately about any other petitions you filed.

Sincerely,

David Radel
Chief, International Adjudications Support Branch


Gmail

Danny Tsai <dannytsai88@gmail.com>

## Fwd: Visa Application Instructions from the U.S. Embassy, Addis Ababa

nebiyatberhane@yahoo.com <nebiyatberhane@yahoo.com>  Fri, Aug 7, 2020 at 11:39 AM
To: dannytsai88@gmail.com

---------- Forwarded message ----------
From: Addis Ababa Consular <no-reply_edip@state.gov>
Date: Mar 11, 2020 11:18 PM
Subject: Visa Application Instructions from the U.S. Embassy, Addis Ababa
To: nebiyatberhane@yahoo.com
Cc:

                    Immigrant Visa Unit
                    Consular Section
                    U.S. Embassy, Addis Ababa

Date: 03/12/2020
Case Number: ADD2019854036  A213039929
Visa Category: V93

This office is unable to issue a visa to you at this time because you have been found ineligible to receive a visa under Section 221(g) of the Immigration and Nationality Act. This is not a final decision but rather your case is pending until you take further action.

ይህ ቢሮ በአሜሪካ የኢሚግሬሽንና የዜግነት ህግ አንቀፅ 221 (g) መሰረት ብቁ ሆነዉ ስላልተገኙ በአሁኑ ሰዓት የቪዛ ጥያቄዎን አልተቀበለዉም። ሆኖም ይህ የመጨረሻ ዉሳኔ አይደለም፤ ማሟላት የሚገባዎትን ነገሮች እስከሚያሟሉ ድረስ ጉዳይዎት ባለበት የሚቆይ ይሆናል።

Please provide the following documents or take the following actions:
እባክዎ ከስር የተዘረዘሩትን ማስረጃዎች ያቅርቡየተዘረዘሩትን ትዕዛዞች ይፈጽሙ።
**The consular officer reviewing your case needs more time to research certain details about your application. The Department of State makes every effort to complete review processes as quickly as possible, but there is no fixed time when this review will be completed. There is no way to expedite this process. Once the review is complete, the Consulate will contact you with instructions on how to proceed. You may check the status of your case online at http://go.usa.gov/x92dE.**
ጉዳይ አስተዳደራዊ ስራ ላይ ነው። አስተዳደራዊ ስራው ከላለቀ ጉዳይን መቀጠል አንችልም። ጉዳይ እንዲፋጠን ለማድረግ ምንም አይነት መንገድ የለም።
ጉዳይ ሲጠናቀቅ የኮንሱላር ቢሮ እንዴት መቀጠል እንዳለብዎት መመሪያ በኢሜይል ይልክልዎታል። ጉዳይ ምን እንዳደረሰ ለማወቅ በሚከተለው ድህረ ገጽ ላይ ማየት ይችላሉ http://go.usa.gov/x92dE

To Scan Documents to CEAC
Step 1 : SCAN
Scan documents through Smartphone or Scan documents through Desktop
SCANNING REMINDERS
□ Scan the required documents in PDF format ONLY (please do not use passwords.)
□ Each scanned document should not exceed 2MB (resize the document/s if necessary.)
□ If you are scanning multi-page documents (for example Affidavit of Support forms), please ensure they are saved as one PDF file.
□ If the original document is in color, please save your scan in color.
Step2 : LOG-IN
https://ceac.state.gov/IV/Login.aspx
□ Your NVC Case Number (ADD_____)
□ Invoice ID Number

Step 3 : UPLOAD

For CIVIL DOCUMENTS (Birth Certificate for applicant and petitioner, Marriage Certificate, CENOMAR, Police Clearance)

☐ Once logged in to CEAC, click DOCUMENTS, then select CIVIL DOCUMENTS
☐ Click the ADD A DOCUMENT icon and upload your scanned

For FINANCIAL DOCUMENTS (Affidavit of Support for Petitioner and Qualified Joint Sponsor, IRS Tax Transcript)
☐ Once logged in to CEAC, click DOCUMENTS, then select AFFIDAVIT OF SUPPORT & FINANCIAL EVIDENCE.
☐ Click the ADD A DOCUMENT icon and upload your scanned
Financial documents.
for more information visit https://travel.state.gov/content/travel/en/us-visas/immigrate/the-immigrant-visa-process/after-petition-approved/begin-nat-visa-center/scanning-and-uploading-tips.html.SUBMITTING ADDITIONAL DOCUMENTS via DHL
To submit the additional documents, please login to your account on https://usvisa-info.com and complete the following steps:

ተጨማሪ ሠነዶች ለማቅረብ በድህረ ገፅ https://usvisa-info.com በመሳያዎ ይግቡና የሚከተሉትን ይፈፅሙ፣

STEP 1: Click on the green 'Continue' button
STEP 2: The consular section you selected during your initial registration will display, click on the green 'Submit' button
STEP 3: Read the instructions. At the bottom of the instructions page, click on the green 'View Courier-in Receipt' button and print the courier-in authorization
STEP 4: To send your documents to the consular section, present the courier-in authorization along with this letter and the additional documents listed at one of the DHL authorized courier locations (Please refer to https://ais.usvisa-info.com/en-et/niv/information/courier_dropboxes for a list of DHL locations that will accept this certificate)

For technical assistance, please call us at +251-115-582-424 or visit our Contact Us page for further information https://ais.usvisa-info.com/en-et/iv/information/contact_us

## IMPORTANT NOTICE

Effective January 1, 2017 all communication regarding immigrant visas will be via email with the petitioner in the United States. To receive updates and ensure timely processing, please ensure your email address of **nebiyatberhane@yahoo.com** (according to the completed DS-260) is correct. If this is not correct, send an email to the address below on with the **subject line: "EMAIL ADDRESS UPDATE" and include your 1) case number(s) and 2) current email address for the petitioner**. Failure to do so will result in missed notifications and delayed processing.

እ.ኤ.አ ከጃንዋሪ 01፣ 2017 ወይም ከታህሳስ 23፣ 2009 ዓ.ም ጀምሮ የነዋሪነት ቪዛን በሚመለከት በአሜሪካን ኤምባሲ የኩንሱላር ክፍል በኩል የሚደረጉ ማንኛዉም አይነት ግንኙነቶች አሜሪካን ሃገር ከሚገኙ የነዋሪነት ቪዛ አመልካቾች ጋር እና በኢሜይል ብቻ ይሆናል። በማመልከቻዎት ላይ በየጊዜዉ ለሚኖሩ ማሳወቂያዎችና ጉዳዮት ወቅቱን ጠብቆ እንዲካሄድ እባክዎ በነዋሪነት ቪዛ ማመልከቻ ቅፁ (DS-260) ላይ የተጠቀሰዉ የኢሜይል አድራሻ **nebiyatberhane@yahoo.com** ትክክለኛ መሆኑን ያረጋግጡ።
የኢሜይል አድራሻዉ ትክክል ካልሆነ፣ ከታች በተገለፀዉ አድራሻ "የኢሜይል አድራሻ ማስተካከያ" የሚል ርዕስ ሰጥተዉ ኢሜይል ይላኩ፣ ሲልኩ 1) የጉዳይዎትን መለያ ቁጥር 2) የአመልካቹን የተስተካከለ የኢሜይል አድራሻ ማካተት ይኖርብዎታል።
ከላይ የተጠቀሱትን ትዕዛዞች አለመፈፀም የሚላኩ መልዕክቶች እንዳይደርሱና ጉዳዮትም እንዲዘገይ ያደርጋል።

Any questions about your case or updates to your contact information should be directed to **AddisV92-93@state.gov**

**RON WYDEN**
OREGON

RANKING MEMBER OF COMMITTEE ON
FINANCE

221 DIRKSEN SENATE OFFICE BUILDING
WASHINGTON, DC 20510
(202) 224-5244

# United States Senate
WASHINGTON, DC 20510-3703

**COMMITTEES:**

COMMITTEE ON FINANCE
COMMITTEE ON BUDGET
COMMITTEE ON ENERGY & NATURAL RESOURCES
SELECT COMMITTEE ON INTELLIGENCE
JOINT COMMITTEE ON TAXATION

## Privacy Act Release Form

Name: Nebiat Tesfai

Case Number: ADD2019854036

Address: 15916 NE Sandy Blvd Apt 65

City: Portland    State: OR    Zip: 97230

Phone: 503 489 3139    E-Mail Address: Nebiyatberhane4@gmail.com

Date of Birth: Oct 16, 1995    Place of Birth: Mekele, Ethiopia

Please provide a brief description of the issue:

I have petitioned to bring my husband from Ethiopia to USA in April 2017, And The immigration approved it an sent to the US Embassy in Addis Ababa on March 12, 2020. Since then I have been waiting my husband to b called at the embassy and didnt happen. I have emailed manytimes and travelled twice to discuss the issue. However, I didnt get any solution. My husaband and I have been suffered a lot and the current crisis in Ethiopi makes it even worest. I am afraid for his life and my marriage. Please help us, it has been almost five years sin we havent lived together.

I certify, under penalty of perjury, that 1) I provided or authorized all of the information in this privacy release and any document submitted with it; 2) I reviewed and understand all of the information contained in my privacy release; and 3) all of this information is complete, true and correct.

I hereby authorize Senator Ron Wyden and his staff to work on my behalf with any federal agency relevant to the matter described above, to receive and review any information contained in my file, and to forward any correspondence sent by me regarding this matter.

Signature: _[signature]_    Date: 11/11/2021

911 NE 11TH AVENUE
SUITE 630
PORTLAND, OR 97232
(503) 326-7525

405 EAST 8TH AVE
SUITE 2020
EUGENE, OR 97401
(541) 431-0229

SAC ANNEX BUILDING
105 FIR ST
SUITE 201
LA GRANDE, OR 97850
(541) 962-7691

U.S. COURTHOUSE
310 WEST 6TH ST
ROOM 118
MEDFORD, OR 97501
(541) 858-5122

THE JAMISON BUILDING
131 NW HAWTHORNE AVE
SUITE 107
BEND, OR 97701
(541) 330-9142

707 13TH ST, SE
SUITE 285
SALEM, OR 97301
(503) 589-4555

HTTP://WYDEN.SENATE.GOV
PRINTED ON RECYCLED PAPER

Ex. C

Tesfai -0004

JEFF MERKLEY
OREGON

COMMITTEES:
ENVIRONMENT AND PUBLIC WORKS
HEALTH, EDUCATION, LABOR, AND PENSIONS
BANKING, HOUSING, AND URBAN AFFAIRS
BUDGET

**United States Senate**
WASHINGTON, DC 20510

# CONGRESSIONAL INQUIRY FORM

*Please complete this form and return it to Senator Jeff Merkley's office in Portland, Oregon*

Your full name: **Nebiat Berhane Tesfai**

Mailing Address: **15916 NE Sandy Blvd. Apt # 65**

**Portland OR 97230**

Phone number: **5034893139**

E-mail address: **nebiyatberhane4@gmail.com**

Date of birth: **10/16/1995**

Place of birth: **Mekele**

Name of affected party: **Gebrehiwet Habte Gebretnsia**

His/her date of birth: **06/20/1979**

His/her place of birth: **Dekemehare**

Application type: **I-730   REFUGEE**

USCIS Receipt #: **LIN1715351038**

Alien #: **213039929**

Consular case # **ADD2019854036**

Interview date: **03/12/2020**

Agency you are requesting assistance with: _____

Please let us know what we can help you with (attach additional pages if necessary):

I have Petitioned to bring my husband from Ethiopia to USA in April 2017, And the immigration approved it, and sent to the US Embassy in Addis Ababa on March 12, 2020. Since then I have been waiting my husband to be called at the embassy, and didn't happen, didn't said nothing, Just still now says the case is still under administrative process in a years. I emailed many times and travelled twice to discuss the issue. However, I didn't get any solution. My husband and I have been suffered and worried a lot and current danger, crisis especially for refugee in Ethiopia Makes it even worest. I am afraid for his life and marriage, and my life. Please help us, it has been five(5) years since, we have not lived together. Please I need your help thanks.

I hereby authorize Senator Merkley and his staff to contact the relevant federal agencies, electronically or otherwise, to obtain the information necessary to assist me in accordance with the Privacy Act of 1974 (5 § 552a).

Signature: _____   Date: **07/20/2022**

Rev 09/10/10 WN

107 RUSSELL SENATE OFFICE BUILDING
WASHINGTON, DC 20510
(202) 224-3753
FAX (202) 228-3997

121 S.W. SALMON STREET
PORTLAND, OR 97204
(503) 326-3386
FAX (503) 326-2900

**To:** Nebiya Berhane <nebiya012@gmail.com>
**Subject: Fwd:**

---------- Forwarded message ---------
From: **Addis, Asylee/Refugee follow-to-join** <addisV92-93@state.gov>
Date: Wed, Jul 6, 2022, 12:12 PM
Subject: RE:
To: gebrehiwet habte Gebretnsia <gebrehiwet6201979@gmail.com>

Greetings,

We have received your contact information.

According to our records, the case is still under administrative process, and we will contact applicant when it is time for their cases to move forward.

Currently, we have a significant backlog of cases due to COVID-19 restrictions and the previous ordered departure status at the U.S. Embassy in Ethiopia. While we have fully resumed consular operations at this time, applicants will need to be patient and wait until their case has been reached. We will contact applicants when it is time for their cases to move forward.

Please do not send multiple inquiries regarding the same subject, even if you have not yet received a response. Thank you for your patience and understanding.

**Note: -** Applicant must check their account on https://ais.usvisa-info.com for status update before contacting the Consular Section. Failure to comply with procedures may result in processing delay.

Sincerely,

V92/93 Unit | U.S. Embassy Addis Ababa AddisV92-93@state.gov |

**Fwd: Tesfai**

Nebiyat Berhane <nebiyatberhane4@gmail.com>
Thu 14-Jul-22 02:53 PM
To: Yonas Kassie <yonask@eecrc.org>

---------- Forwarded message ---------
From: **King, Ali** <Ali.King@mail.house.gov>
Date: Wed, Jul 6, 2022 at 8:51 AM
Subject: Tesfai
To: Nebiyat Berhane <nebiyatberhane4@gmail.com>

Thanks for sending this. It sounds like he just needs to wait for them to finish processing the visa and then they will contact him. He shouldn't email them anymore until they email him first.

Best,
Ali

**ALI KING** *(she/her)*

Director of Constituent Services

OFFICE OF U.S. CONGRESSMAN EARL BLUMENAUER (OR-03)

911 NE 11th Ave | Suite 200 | Portland, OR 97232

ali.king@mail.house.gov | blumenauer.house.gov

ph: 202-768-1276 | fax: 202-225-8941

**From:** Nebiyat Berhane <nebiyatberhane4@gmail.com>
**Date:** Wednesday, July 6, 2022 at 6:14 AM
**To:** King, Ali <Ali.King@mail.house.gov>
**Subject:** Fwd:

Sent from my iPhone

Begin forwarded message:

> **From:** gebrehiwet habte Gebretnsia <gebrehiwet6201979@gmail.com>
> **Date:** July 6, 2022 at 2:52:32 AM PDT

**From:** gebrehiwet habte Gebretnsia <gebrehiwet6201979@gmail.com>
**Sent:** Thursday, June 23, 2022 1:22 AM
**To:** Addis, Asylee/Refugee follow-to-join <addisV92-93@state.gov>
**Subject:**

I have been interviewed at the embassy on 12 March 2020 and the interviewing officer told me that my case is under administrative processing and it has been over I have been waiting patiently for an answer so far but now I am giving up please help me find the right support

What do you want from me?

GEBRETNSIA,GEBREHIWET HABTE

Tele +251942462471

Thanks

SENSITIVE BUT UNCLASSIFIED